## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES BIBBS,                          :       Civil No. 3:25-cv-1194
                                        :
          Plaintiff                     :       (Judge Mariani)
                                        :
    v.                                  :
                                        :
SERGEANT WICKERSHAM, *et al.*,          :
                                        :
          Defendants                    :

## ORDER

**AND NOW**, this ___8th___ day of July, 2026, upon consideration of Defendants' motion

to dismiss (Doc. 13), and the parties' respective briefs in support of and in opposition to said

motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

1.   The motion (Doc. 13) is **GRANTED** in part and **DENIED** in part.

2.   The motion to dismiss based on lack of personal involvement is **DENIED**.

3.   The motion to dismiss the First Amendment access to courts claim and Eighth Amendment claim is **GRANTED**, and these claims are **DISMISSED** without prejudice and with leave to amend.  If desired, Plaintiff may file an amended complaint only with respect to his First Amendment access to courts claim and Eighth Amendment claim, within 20 days of the date of this Order.  If Plaintiff fails to file an amended complaint, the dismissal of the First Amendment access to courts claim and Eighth Amendment claim will convert from a dismissal without prejudice to a dismissal with prejudice, and the Court will close this case.

4.    The motion to dismiss the Fourteenth Amendment deprivation of property claim is **GRANTED**, and this claim is **DISMISSED** with prejudice and without leave to amend.

5.    Plaintiff's motion (Doc. 18) for judgment on the pleadings is **DISMISSED** without prejudice as moot.

6.    Any appeal from this Order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge